UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

MATTHEW D. BARNEY, et al.,

       Plaintiffs,

    v.                                  Case No. 20-C-1426

GREAT WEST CASUALTY COMPANY, et al.,

       Defendants.

## ORDER

On July 19, 2021, Attorney Curtis filed a letter indicating that the parties had reached a settlement in this matter. The Court entered an order on July 20, 2021, directing counsel to file a motion to dismiss the case or a stipulation of dismissal within 30 days, unless counsel requested additional time in writing. On August 19, 2021, Attorney Starrett again notified the Court that the matter had been settled, that the parties intended to exchange funds that week, and that the parties would provide a proposed order for the Court's consideration in the near future. To date, counsel has neither filed a motion for an extension of time nor filed a stipulation of dismissal. Accordingly, this case is dismissed.

Dated at Green Bay, Wisconsin this 10th day of September, 2021.

s/ William C. Griesbach
William C. Griesbach
United States District Judge